```
 1  LAW OFFICES OF BILL LATOUR
 2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
 3      Colton, California 92324
 4      Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
 5      E-Mail: fed.latour@yahoo.com
 6
 7  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| JOE GARCIA, | ) | No. CV 12 - 08209 PLA |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4.000.00) subject to the terms of the stipulation.

DATE:  September 4, 2013     ___*(signature)*_____

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

_____

[1] Ms. Colvin was appointed Acting Commissioner by President Obama on February 14, 2013, and is substituted as a party defendant in this case in accordance with Fed. R. Civ. P. 25(d).

-1-